

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     David Glen Mays v. The State of Texas

Appellate case number:   01-13-00296-CR

Trial court case number: B-120056-R

Trial court:             163rd District Court of Orange County

On November 14, 2013, David Glen Mays filed with this Court his "Notice of a Conflict of Interest with Appellant Attorney," in which he requests his appointed counsel be removed and Appellant's brief be withdrawn.

Mays contends he has a conflict of interest with his appointed counsel and has filed a formal complaint with the State Bar of Texas. Filing a complaint with the State Bar of Texas, however, does not create a conflict of interest amounting to ineffective assistance of counsel. *See Owens v. State*, 357 S.W.3d 792, 794 (Tex.App.—Houston [14th Dist.] 2011, no pet.).

This court has no jurisdiction to appoint or dismiss counsel in any case. Only the trial court has jurisdiction over appointed counsel. Further, Appellant is not entitled to "hybrid representation," which is defined as representation partly by counsel, partly by self. *See, e.g., Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Pro se motions filed by a criminal defendant already represented by counsel may be disregarded. *Id.*

The motion is **DENIED**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   X Acting individually     ☐ Acting for the Court

Date: November 26, 2013